# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: GGW Brands, LLC | CASE NO.: 2:13-bk-15130-SK |
|---|---|
| | **NOTICE OF REFERRAL OF APPEAL** |
| Debtor(s). | Notice of Appeal Filed: 8/15/2013<br>Notice of Cross-Appeal Filed: n/a<br>Bankruptcy Filed: 2/27/2013 |

CV13- 6085 FMO

TO:  ALL PARTIES IN INTEREST AND
[ ]  BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, OR
[✓]  U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:

[✓]  Motion for Leave to Appeal (Please refer to BK Court Docket Entry #308)
[ ]  Answer in Opposition to Motion for Leave to Appeal
[✓]  Notice of ✓ Appeal _____ Cross-Appeal (See Entry #303 for Document)
[✓]  Appellant's Statement of Election to Transfer Appeal to District Court (See Entry #304)
[✓]  Other Statement of Issues, Notice of Transcript (See Entry #306-307)

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U. S. District Court, as indicated above.

DATED: 8/16/13

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
Deputy Clerk

---

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable ORDER:

[ ]  **AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)

[✓]  **AMENDED ORDER CONTINUING BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED: 8/13/13

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
Deputy Clerk

---

**NOTICE OF REFERRAL OF APPEAL (Bankruptcy)**
APPEALS: NTC-REF.BK (Revised 2/2010)

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

[✓] **NOTICE OF REFERRAL OF APPEAL**
[ ] **CERTIFICATE OF READINESS AND COMPLETION OF RECORD**

CASE NO.: 2:13-bk-15130-SK        ADVERSARY NO.: _____

---

[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[✓] U. S. DISTRICT COURT
Central District of California, Western Division
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
Central District of California, Southern Division
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

[ ] U. S. DISTRICT COURT
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

[✓] Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

[ ] Frank Cadigan
OFFICE OF THE U. S. TRUSTEE
411 West Fourth Street, Room 9041
Santa Ana, CA 92701

[ ] OFFICE OF THE U.S. TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

[ ] Jennifer Braun
OFFICE OF THE U. S. TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

---

**INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:**

Mitchell J Landberg
Brownstein Hyatt et al
2029 Century Park East Ste 2100
Los Angeles, CA 90067

See attached list

---

**APPEAL SERVICE LIST**

APPEALS: SERVLIST (Revised 11/2012)

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- Martin R Barash mbarash@ktbslaw.com, lbogdanoff@ktbslaw.com
- Brendt C Butler brendt.butler@gmail.com
- Anne-Marie J DeBartolomeo ajd@girardgibbs.com, jiv@girardgibbs.com
- Richard K Diamond rdiamond@dgdk.com, DanningGill@gmail.com
- Matthew Heyn mheyn@ktbslaw.com
- Lance N Jurich ljurich@loeb.com, kpresson@loeb.com
- Samuel M Kidder skidder@ktbslaw.com
- Michael D Kolodzi mdk@mdklawfirm.com
- Dare Law dare.law@usdoj.gov
- John F Medler john@medlerlawfirm.com, jmedler@medlerroither.com
- Kelly L Morrison kelly.l.morrison@usdoj.gov
- R. Todd Neilson (TR) tneilson@brg-expert.com, sgreenan@brg-expert.com; tneilson@ecf.epiqsystems.com; ntroszak@brg-expert.com
- Malhar S Pagay mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Robert J Pfister rpfister@ktbslaw.com
- Ronald N Richards ron@ronaldrichards.com, nick@ronaldrichards.com
- Steven J Schwartz sschwartz@dgdk.com, DanningGill@gmail.com
- David M Stern dstern@ktbslaw.com
- Ronald D Tym RTym@Tymfirm.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw awarshaw@lawcenter.com, mstevens@lawcenter.com
- Jonathan M Weiss jweiss@ktbslaw.com
- Robert M Yaspan court@yaspanlaw.com, tmenachian@yaspanlaw.com