David M. Stern (Cal. Bar No. 67697)
  dstern@ktbslaw.com
Robert J. Pfister (Cal. Bar No. 241370)
  rpfister@ktbslaw.com
Matthew C. Heyn (Cal. Bar No. 227474)
  mheyn@ktbslaw.com
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:  310-407-4000
Facsimile:   310-407-9090

*Counsel for Appellees R. Todd Neilson, Chapter 11 Trustee and GGW Marketing, LLC*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| *In re* | **Case No.: 2:13-CV-06085-FMO** |
| GGW BRANDS, LLC, *et al.*, | On appeal from the U.S. Bankruptcy Court for the Central District of California (Hon. Sandra Klein) |
| Debtors. | Bankr. Case No. 2:13-bk-15130-SK |
| TAMARA FAVAZZA, | **ORDER APPROVING STIPULATION TO DISMISS APPEAL AND DISMISSING APPEAL** |
| Appellant, | |
| v. | |
| R. TODD NEILSON, as chapter 11 trustee, and GGW MARKETING, LLC, as debtor in possession, | [No Hearing Required] |
| Appellees. | |

1  This Court has reviewed and considered the *Stipulation to Dismiss Appeal* (the
2  "Stipulation") filed on March 24, 2014.  Based on that review and consideration, the
3  Court finds that good cause exists to approve the Stipulation.
4  It is hereby ORDERED that:
5  1.  The Stipulation is APPROVED.
6  2.  This appeal is DISMISSED, with each party to bear its own fees and costs.

DATED:   March 25, 2014                              /s/
                                                    Hon. Fernando M. Olguin
                                                    UNITED STATES DISTRICT JUDGE